## TOLENTINO *v.* NEW YORK

No. 09–11556.   Argued March 21, 2011—Decided March 29, 2011

*Kristina Schwarz* argued the cause for petitioner.   With her on the briefs were *Steven Banks, Andrew C. Fine, Lawrence T. Hausman,* and *Richard Joselson.*

*Caitlin J. Halligan* argued the cause for respondent. With her on the brief were *Cyrus R. Vance, Jr., Hilary Hassler, Alan B. Gadlin, Eleanor J. Ostrow,* and *Allen J. Vickey.*

*Pratik A. Shah* argued the cause for the United States as *amicus curiae* urging affirmance.   With him on the brief were *Acting Solicitor General Katyal, Assistant Attorney General Breuer, Deputy Solicitor General Dreeben,* and *Scott A. C. Meisler.*[*]

---

[*]*Marc Rotenberg* filed a brief for the Electronic Privacy Information Center et al. as *amici curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed for the State of Massachusetts et al. by *Martha Coakley,* Attorney General of Massachusetts, and *Randall E. Ravitz,* Assistant Attorney General, by *William H. Ryan, Jr.,* Acting Attorney General of Pennsylvania, and by the Attorneys General for their respective States as follows: *Luther Strange* of Alabama, *John J. Burns* of Alaska, *John Suthers* of Colorado, *Joseph R. Biden III* of Delaware, *Pamela Jo Bondi* of Florida, *David M. Louie* of Hawaii, *Lawrence G. Wasden* of Idaho, *Gregory F. Zoeller* of Indiana, *James D. "Buddy" Caldwell* of Louisiana, *Douglas F. Gansler* of Maryland, *Chris Koster* of Missouri, *Steve Bullock* of Montana, *Jon Bruning* of Nebraska, *Catherine Cortez Masto* of Nevada, *Paula T. Dow* of New Jersey, *Gary K. King* of New Mexico, *E. Scott Pruitt* of Oklahoma, *Alan Wilson* of South Carolina, *Marty J. Jackley* of South Dakota, *Greg Abbott* of Texas, *Mark L. Shurtleff* of Utah, *Kenneth T. Cuccinelli II* of Virginia, *J. B. Van Hollen* of Wisconsin, and *Bruce A. Salzburg* of Wyoming; for the Criminal Justice Legal Foundation by *Kent S. Scheidegger;* and for the New York State Association of Chiefs of Police, Inc., et al. by *Meir Feder.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*